**United States District Court**
For the Northern District of California

1

2                        IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4
JEFFREY LAMONT TAYLOR,                        No. C 14-3183 TEH (PR)
5
                        Plaintiff,            ORDER OF TRANSFER
6
                v.
7
R. LANKFORD, et al.,
8
                        Defendants.
9 _____/
                                              No. C 14-3184 TEH (PR)
10 JEFFREY LAMONT TAYLOR,
                                              ORDER OF TRANSFER
11                      Plaintiff,

12              v.

OFFICER MORRIS, et al.,
13
                        Defendants.
14 _____/
                                              No. C 14-3185 TEH (PR)
15 JEFFREY LAMONT TAYLOR,
                                              ORDER OF TRANSFER
16                      Plaintiff,

17              v.

18 OFFICER WALKER, et al.,

19                      Defendants.          /
20 _____

21      On July 15, 2014, Plaintiff Jeffrey Lamont Taylor, a

22 California prisoner incarcerated at the California Substance Abuse

23 Treatment Facility, filed three petitions for a writ of habeas

24 corpus designated case numbers C 14-3183 TEH (PR), C 14-3184 TEH

25 (PR), and C 14-3185 TEH (PR).

26      Plaintiff's various complaints, however, allege civil

27 rights claims in that he complains about the conditions of his

28 confinement rather than the fact of his confinement or the length of

1  it.  Specifically, he complains of deliberate indifference to his

2  serious medical needs and disability discrimination.

3         The acts complained of in the three actions occurred at

4  High Desert State Prison, which is located in Lassen County in the

5  Eastern District of California, and at California State Prison,

6  Corcoran, which is located in Kings County, also in the Eastern

7  District of California.  Venue, therefore, properly lies in the

8  Eastern District and not in this one.  See 28 U.S.C. § 1391(b).

9         Accordingly, and in the interests of justice, the actions

10 are TRANSFERRED to the United States District Court for the Eastern

11 District of California.  See §§ 28 U.S.C. 1404(a), 1406(a).  The

12 Clerk shall transfer the files forthwith.

13        Because it has construed the actions as civil rights

14 actions, the Court further directs the Clerk to re-code the actions

15 under the following nature of suit: "555 Prisoner: Prison

16 Condition."

17     IT IS SO ORDERED.

18

19  DATED      07/22/2014      _____

20                            THELTON E. HENDERSON
                              United States District Judge

21

22

23

24

25

26  G:\PRO-SE\TEH\HC.14\TaylorHCs 14-3183--14-3185.wpd

27

28                              2